505 A.2d 600

**Dan ABRAMOVITZ and Natan Abramovitz, et al.,**

v.

**Allen J. BECKMAN.**

Supreme Court of Pennsylvania.

Feb. 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 27 E.D. Appeal Docket 1986.